**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6510**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRENCE DOMINICK MCINTYRE, a/k/a T,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:20-cr-00131-FL-2)

Submitted: August 28, 2025                    Decided: September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrence Dominick McIntyre, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Dominick McIntyre pleaded guilty to distribution of controlled substances, in violation of 21 U.S.C. § 841(a), and possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 942(c).  In 2022, the district court sentenced McIntyre to a total of 84 months of imprisonment.  In 2025, McIntyre filed a motion seeking to challenge the constitutionality of the statutes of conviction pursuant to Fed. R. Civ. P. 5.1.  The district court denied the motion and McIntyre now appeals.

On appeal, McIntyre argues that the district court violated Rule 5.1 and 28 U.S.C. § 2403 by not certifying a constitutional challenge to the Attorney General.  However, the Federal Rules of Civil Procedure do not apply to criminal cases, *see United States v. Goodwyn*, 596 F.3d 233, 236 n.* (4th Cir. 2010), and § 2403 does not apply to McIntyre's criminal case as the Government is a party.  Accordingly, we affirm the district court's order.  *United States v. McIntyre*, No. 7:20-cr-00131-FL-2 (E.D.N.C. May 19, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*